NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—

**In Re SETH HOOPER,**
*Petitioner*

—

2025-153

—

On Petition for Writ of Mandamus to the United States Court of Appeals for Veterans Claims in No. 25-7532.

—

**ON PETITION AND MOTION**

—

### O R D E R

Upon consideration of Seth Hooper's motion to withdraw his petition for a writ of mandamus,

IT IS ORDERED THAT:

(1)  The motion is granted.

2                                                                IN RE HOOPER

(2)  All pending motions are denied as moot.

FOR THE COURT



October 22, 2025                          Jarrett B. Perlow
Date                                      Clerk of Court